UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**F I L E D**

DEC 1 7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No._____ |
| | ) Violation: Title 29, United |
| KATHLEEN THOMPSON | ) States Code, Section 501(c) |

The UNITED STATES ATTORNEY charges:

Beginning as early as April 18, 2004, and continuing to on or about April 10, 2007,

at Rockford, in the Northern District of Illinois, Western Division,

KATHLEEN THOMPSON,

defendant herein, while an employee of the International Brotherhood of Teamsters Local

325 (hereinafter "Teamsters Local 325"), in Rockford, Illinois, a labor organization engaged

in an industry affecting interstate commerce as defined by Sections 402(i) and 402(j) of Title

29, United States Code, did embezzle and unlawfully and willfully convert to her own use

approximately $33,770 of the money and funds of Teamsters Local 325;

In violation of Title 29, United States Code, Section 501(c).

_____
UNITED STATES ATTORNEY

No._07 CR 5 00 68_____

# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF ILLINOIS
### Western Division

---

## UNITED STATES OF AMERICA

### V

## KATHLEEN THOMPSON

---

## INFORMATION

---

**Office of**
**UNITED STATES ATTORNEY**
**308 West State Street-Room 300**
**Rockford, Illinois  61101**

**815-987-4444**