AO 455 (Rev. 5/85) (modified) Waiver of Indictment

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

FILED
DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

KATHLEEN THOMPSON

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 CR 50068

I, *Kathleen Thompson*, the above named defendant, am accused of embezzling and converting approximately $33,770 from the International Brotherhood of Teamsters Local 325 while an employee of that labor organization, in violation of 29 U.S.C. § 501(c), and having been advised of the nature of the charge, the information that has been filed in this matter, and of my rights, including the right to have the charge against me contained in the criminal information prosecuted by an indictment returned by a concurrence of twelve or more members of a legally constituted grand jury consisting of not less than sixteen and not more than twenty-three members, hereby waive in open court my rights to have the charge against me contained in the criminal information prosecuted by an indictment and to assert at trial or on appeal any defects or errors arising from the information, the information process, or the fact that I have been prosecuted by information, and consent that the proceeding may be by information rather than by indictment. Other than as provided above, I understand that by waiving indictment I am not giving up any defenses which I may have to the charge against me contained in the criminal information. I have read this waiver, carefully reviewed it with my attorney, understand its meaning, and knowingly and voluntarily enter it in open court on December 21, 2007.

*Kathleen Thompson*
Kathleen Thompson, Defendant

*Paul E. Gaziano*
Paul E. Gaziano, Counsel for Defendant

Before _____
Philip G. Reinhard, District Court Judge