## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50068 | **DATE** | 5/9/2008 |
| **CASE TITLE** | USA vs. Kathleen Thompson | | |

**DOCKET ENTRY TEXT:**

Sentencing hearing held. Parties shall file an agreed statement regarding the total restitution amount owed by defendant within 60 days. If parties are unable to reach an agreement on the issue of restitution, parties shall file individual restitution statements within 60 days. If an agreement is not reached, the court will set the matter for hearing. Enter Judgment in a Criminal Case.

*[Signature]*

Docketing to mail notices.

00:30

**FILED**

MAY 1 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JT |
|---|---|---|