UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 07 CR 50068-01 |
| | ) Judge Philip G. Reinhard |
| KATHLEEN THOMPSON | ) |

**GOVERNMENT'S NOTICE OF**
**STIPULATED AMOUNT OF RESTITUTION**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to the Court's direction, advises the Court that the government and the defendant, through her attorney, Paul E. Gaziano, have agreed and stipulated that this Court should include in the judgment entered against the defendant the amount of **$36,017.14** as the restitution that the defendant must be ordered to pay.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  /s/ John G. McKenzie
JOHN G. McKENZIE
Assistant United States Attorney
308 W. State Street - Room 300
Rockford, Illinois   61101
(815) 987-4444

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**Government's Notice of
Stipulate Amount of Restitution**

was served on July 10, 2008, pursuant to the district court's ECF system as to ECF filers.

      */s/ John G. McKenzie*
      JOHN G. McKENZIE
      Assistant United States Attorney
      308 West State Street - Suite 300
      Rockford, Illinois  61101
      (815) 987-4444