# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 50068 | DATE | 7/11/2008 |
| CASE TITLE | USA vs. Kathleen Thompson | | |

**DOCKET ENTRY TEXT:**

Government has filed a Notice of Stipulated Amount of Restitution [14]. Enter Amended Judgment in a Criminal Case.

*[signature]*

Docketing to mail notices.

**FILED**

JUL 11 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JT |
|---|---|---|