## United States District Court for the Northern District of Illinois

Case Number: __07 CR 50068__     Assigned/IssuedBy: _____

### FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☒ No Fee   ☐ Other _____

FILED
SEP 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Paid: _____     Fiscal Clerk: _____

### ISSUANCES

**Type Of Issuance:**
☐ Summons
☐ Alias Summons
☐ Third Party Summons
☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☒ Citation to Discover Assets
☐ Writ _____ (Type of Writ)

1 Original and __3__ copies on __9-8-08__ (Date) as to __Kathleen Thompson__

Issued to: Construction Ind Advancement Fund / Local Union 325 Attn: Retirement Fund

C:\wpwin80\docket\feeinfo.frm  01/01